IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEVELAND, on *behalf of Cleveland County and all others similarly situated,* <br><br>      Plaintiff, <br><br> vs. <br><br> (1) MERSCORP, INC., <br> (2) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br> (3) SPIRITBANK, <br> (4) BANK OF OKLAHOMA N.A., <br> (5) BANK OF AMERICA, NATIONAL ASSOCIATION, <br> (6) CHASE HOME MORTGAGE CORPORATION, <br> (7) CITIMORTGAGE, INC., <br> (8) GMAC RESIDENTAL FUNDING CORPORATION, <br> (9) PRINCIPAL RESIDENTIAL MORTGAGE, INC., <br> (10) SUNTRUST MORTGAGE, INC., <br> (11) WELLS FARGO BANK, N.A., <br> (12) U.S. BANK NATIONAL ASSOCIATION, and <br> (13) DOE CORPORATION I-MMM, <br><br>      Defendants. | Case No. 5:12-cv-00569-F |

**MOTION TO AMEND MOTIONS TO APPEAR**
***PRO HAC VICE*** **(Documents 16 and 17**

  S. Brent Bahner, counsel for MERSCORP, Inc., n/k/a MERSCORP Holdings, Inc., Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association, moves this Court for permission to amend the Motion to Appear *Pro Hac Vice* regarding the

admission of P. Russell Perdew on behalf of MERSCORP, Inc., n/k/a MERSCORP Holdings, Inc., Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association (Document 16) and Motion to Appear *Pro Hac Vice* regarding the admission of Thomas J. Cunningham on behalf of MERSCORP, Inc., n/k/a MERSCORP Holdings, Inc., Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association (Document 17).

Counsel would show the Court that the Motions to Appear *Pro Hac Vice* erroneously included a request that Perdew and Cunningham be permitted to appear on behalf of defendants, MERSCORP, Inc., n/k/a MERSCORP Holdings, Inc., and Mortgage Electronic Registration Systems, Inc.  The Motions should have requested permission for Perdew and Cunningham to appear on behalf of defendant, U.S. Bank National Association, only.

    S. Brent Bahner
S. Brent Bahner, OBA # 414
FISCHL, CULP, MCMILLIN, CHAFFIN, BAHNER
  &amp; LONG, LLP
100 "E" Street S. W.
P. O. Box 1766
Ardmore, OK 73402
Telephone: 580-223-4321
Facsimile: 580-226-4795
bbahner@fischlculplaw.com
*Attorney for Defendants, MERSCORP, Inc., n/k/aMERSCORP Holdings, Inc., Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association.*

Case 5:12-cv-00569-F   Document 25   Filed 06/08/12   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

                                                           s/S. Brent Bahner

Y:\Comp3 My Files\10500 Series File Numbers\10509-US Bank\USDC\Motion to Amend Motions to Appear PHV.wpd