# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS )<br>OF THE COUNTY OF CLEVELAND, on )<br>*behalf of Cleveland County and all others* )<br>*similarly situated,* )<br>  )<br>                    Plaintiff,  )<br>  )<br>*vs.*  )<br>  )<br>(1)   MERSCORP, INC.,  )<br>(2)   MORTGAGE ELECTRONIC  )<br>        REGISTRATION SYSTEMS, INC.,  )<br>(3)    SPIRITBANK,  )<br>(4)   BANK OF OKLAHOMA N.A.,  )<br>(5)   BANK OF AMERICA, NATIONAL )<br>        ASSOCIATION,  )<br>(6)   CHASE HOME MORTGAGE  )<br>        CORPORATION,  )<br>(7)   CITIMORTGAGE, INC.,  )<br>(8)   GMAC RESIDENTAL FUNDING  )<br>        CORPORATION,  )<br>(9)   PRINCIPAL RESIDENTIAL  )<br>        MORTGAGE, INC.,  )<br>(10) SUNTRUST MORTGAGE, INC.,  )<br>(11) WELLS FARGO BANK, N.A.,  )<br>(12) U.S. BANK NATIONAL  )<br>        ASSOCIATION, and  )<br>(13) DOE CORPORATION I-MMM,  )<br>  )<br>                    Defendants.  )  | Case No. 5:12-cv-00569-F |

## MOTION FOR ORDER *NUNC PRO TUNC*
## AMENDING ORDER REGARDING ADMISSION OF P. RUSSELL PERDEW
## AND THOMAS J. CUNNINGHAM, *PRO HAC VICE* (Document 24)

S. Brent Bahner, counsel for MERSCORP, Inc., n/k/a MERSCORP Holdings, Inc.,

Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association, moves

this Court for an order *nunc pro tunc* amending the Order Regarding Admission of P. Russell Perdew and Thomas J. Cunningham, *Pro Hac Vice* (Document 24) which was entered June 7, 2012.

Counsel would show the Court that the Motions to Appear *Pro Hac Vice* (Documents 16 and 17) erroneously included a request that Perdew and Cunningham be permitted to appear on behalf of defendants, MERSCORP, Inc., n/k/a MERSCORP Holdings, Inc., and Mortgage Electronic Registration Systems, Inc. The Motions should have requested permission for Perdew and Cunningham to appear on behalf of the defendant, U.S. Bank National Association, only.

On this date counsel has filed his Motion to Amend Motion to Appear *Pro Hac Vice* requesting permission to amend the previously filed Motions to Appear *Pro Hac Vice* (Documents 16 and 17).

Counsel would request this Court issue its order *nunc pro tunc* amending this Court's Order Regarding Admission of P. Russell Perdew and Thomas J. Cunningham, *Pro Hac Vice* (Document 24) by limiting said Order to the admission of P. Russell Perdew and Thomas J. Cunningham to serve as counsel *pro hac vice* for the defendant, U.S. Bank National Association, only.

          S. Brent Bahner
S. Brent Bahner, OBA # 414
FISCHL, CULP, MCMILLIN, CHAFFIN, BAHNER
   & LONG, LLP
100 "E" Street S. W.
P. O. Box 1766
Ardmore, OK 73402
Telephone: 580-223-4321
Facsimile: 580-226-4795
bbahner@fischlculplaw.com
*Attorney for Defendants, MERSCORP, Inc., n/k/a MERSCORP Holdings, Inc., Mortgage Electronic Registration Systems, Inc., and U.S. Bank National Association.*

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of June, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

          s/S. Brent Bahner