## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

BOARD OF COUNTY COMMISSIONERS )
OF THE COUNTY OF CLEVELAND, on )
*behalf of Cleveland County and all others* )
*similarly situated,* )
                                )
              **Plaintiff,** )       Case No. CIV-12-569-F
                                )
*vs.* )
                                )
(1)     **MERSCORP, INC.,** )
(2)     **MORTGAGE ELECTRONIC** )
        **REGISTRATION SYSTEMS, INC.,** )
(3)     **SPIRITBANK,** )
(4)     **BANK OF OKLAHOMA N.A.,** )
(5)     **BANK OF AMERICA, NATIONAL** )
        **ASSOCIATION,** )
(6)     **CHASE HOME MORTGAGE** )
        **CORPORATION,** )
(7)     **CITIMORTGAGE, INC.,** )
(8)     **GMAC RESIDENTAL FUNDING** )
        **CORPORATION,** )
(9)     **PRINCIPAL RESIDENTIAL** )
        **MORTGAGE, INC.,** )
(10)   **SUNTRUST MORTGAGE, INC.,** )
(11)   **WELLS FARGO BANK, N.A.,** )
(12)   **U.S. BANK NATIONAL** )
        **ASSOCIATION, and** )
(13)   **DOE CORPORATION I-MMM,** )
                                )
            **Defendants.** )

### ORDER REGARDING MOTION TO AMEND MOTIONS
### TO APPEAR *PRO HAC VICE* (Documents 16, 17, and 25)

The Motion to Amend Motions to Appear *Pro Hac Vice* (Documents 16 and 17)

regarding admission of P. Russell Perdew and Thomas J. Cunningham, *pro hac vice* was

filed on the 8th day of June, 2012 (Document 25), informing the Court of an error made by

counsel within the Motions to Appear *Pro Hac Vice* (Documents 16 and 17) concerning the

Defendants for which P. Russell Perdew and Thomas J. Cunningham were requesting

admission to represent and limiting the admission of P. Russell Perdew and Thomas J.

Cunningham, *pro hac vice*, to representation of the Defendant, U.S. Bank National

Association, only.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT

that the Motions to Appear *Pro Hac Vice* of P. Russell Perdew and Thomas J. Cunningham

(Documents 16 and 17) are amended to permit the request of P. Russell Perdew and

Thomas J. Cunningham for admission to serve as counsel *pro hac vice* on behalf of

Defendant, U.S. Bank National Association, only.

Dated this 11th day of June, 2012.

_____

STEPHEN P. FRIOT

UNITED STATES DISTRICT JUDGE

12-0569p004.PO.wpd