IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEVELAND, on *behalf of Cleveland County and all others similarly situated,* | )<br>)<br>)<br>) |
| Plaintiff, | )     Case No. CIV-12-569-F |
| vs. | ) |
| (1)   MERSCORP, INC.,<br>(2)   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br>(3)   SPIRITBANK,<br>(4)   BANK OF OKLAHOMA N.A.,<br>(5)   BANK OF AMERICA, NATIONAL ASSOCIATION,<br>(6)   CHASE HOME MORTGAGE CORPORATION,<br>(7)   CITIMORTGAGE, INC.,<br>(8)   GMAC RESIDENTAL FUNDING CORPORATION,<br>(9)   PRINCIPAL RESIDENTIAL MORTGAGE, INC.,<br>(10) SUNTRUST MORTGAGE, INC.,<br>(11) WELLS FARGO BANK, N.A.,<br>(12) U.S. BANK NATIONAL ASSOCIATION, and<br>(13) DOE CORPORATION I-MMM, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

ORDER REGARDING MOTION
FOR ORDER NUNC PRO TUNC AMENDING ORDER
REGARDING ADMISSION OF P RUSSELL PERDEW AND
THOMAS J. CUNNINGHAM, *PRO HAC VICE* (Documents 24 and 26)

The Motion for Order *Nunc Pro Tunc* Amending Order Regarding Admission of

P. Russell Perdew and Thomas J. Cunningham, *Pro Hac Vice* (Document 24) was filed on

the 8th day of June, 2012 (Document 26), informing the Court of an error made by counsel within the Motions to Appear *Pro Hac Vice* concerning the defendants for which P. Russell Russell and Thomas J. Cunningham were requesting admission to represent and requesting the Motions to Appear *Pro Hac Vice* (Documents 16 and 17) be limited to the admission of P. Russell Perdew and Thomas J. Cunningham, *pro hac vice*, to the representation of the defendant, U.S. Bank National Association, only.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT that the Order Regarding Admission of P. Russell Perdew and Thomas J. Cunningham, *Pro Hac Vice,* (Documents 24) be amended *nunc pro tunc* admitting P. Russell Perdew and Thomas J. Cunningham to serve as counsel, *pro hac vice*, for the defendant, U.S. Bank National Association, only.

Dated this 11th day of June, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0569p005.PO.wpd