IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEVELAND )
)
)
)
Plaintiff(s), )
)
v. ) Case No. 12-000569-F
MERSCORP, INC., et al )
)
)
)
Defendant(s) )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Board of County Commissioners of the County of Cleveland .
(Plaintiff/Defendant)            (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Stanley D. Bernstein        06/12/2012
Signature                      Date

Stanley D. Bernstein
Print Name

Bernstein Liebhard LLP
Firm

10 East 40th Street
Address

New York, NY 10016
City            State            Zip Code

(212) 779-1414; (212) 779-3218
Telephone        Fax Number

bernstein@bernlieb.com
Internet E-mail Address

REVISED 8/31/06

## Certificate of Service

[✓] I hereby certify that on (date) June 12, 2012 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Counsel of Record

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Stanley D. Bernstein
s/ Attorney Name