## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 20th day of June, 2012, I electronically filed Plaintiff's Motion to Remand, the Memorandum of Law in Support of the Motion to Remand and the Declaration of Christian Siebott with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

                                                            /s/ Christian Siebott