# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEVELAND,<br><br>  Plaintiff(s),<br><br>v.<br><br>MERSCORP, INC., et al.<br><br>  Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 5:12-cv-00569-F<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, U.S. Bank National Association.
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ P. Russell Perdew                          June 21, 2012
Signature                                                  Date

P. Russell Perdew
Print Name

Locke Lord LLP
Firm

111 South Wacker Drive
Address

Chicago,                    IL                60606
City                              State                  Zip Code

312-443-1712                         312-896-6712
Telephone                              Fax Number

rperdew@lockelord.com
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

☑ I hereby certify that on (date) June 21, 2012 , I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

See attached list.

☐ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

P. Russell Perdew
s/ Attorney Name

Case No. 5:12-cv-00569-F
Electronic Service List

S Brent Bahner
Fischl Culp McMillin Chaffin Bahner & Long
P O Box 1766
Ardmore, OK 73402-1766
580-223-4321
580-226-4795 (fax)
bbahner@swbell.net
*Attorney for GMAC Residential Funding Corporation,
Merscorp Inc., Mortgage Electronic Registration Systems Inc.,
US Bank National Association*

Stanley D Bernstein
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016
212-779-1414
212-779-3218 (fax)
bernstein@bernlieb.com
*Attorney for Cleveland County Board of County Commissioners*

Barrett T Bowers
Ward & Glass LLP
1821 E Imhoff Rd
Suite 102
Norman, OK 73071
405-360-9700
405-360-7902 (fax)
barrett@wardglasslaw.com
*Attorney for Cleveland County Board of County Commissioners*

Scott F Brockman
Ward & Glass LLP
1821 E Imhoff Rd
Suite 102
Norman, OK 73071
405-360-9700
405-360-7902 (fax)
scott@wardglasslaw.com
*Attorney for Cleveland County Board of County Commissioners*

Joe E Edwards
Crowe & Dunlevy-OKC
20 N Broadway Ave
Suite 1800
Oklahoma City, OK 73102
405-235-7700
405-239-6651 (fax)
joe.edwards@crowedunlevy.com
*Attorney for Chase Home Mortgage Corporation*

Woodrow K Glass
Ward & Glass LLP
1821 E Imhoff Rd
Suite 102
Norman, OK 73071
405-360-9700
405-360-7902 (fax)
woody@wardglasslaw.com
*Attorney for Cleveland County Board of County Commissioners*

Sara P Goodman
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016
212-779-1414
212-779-3218 (fax)
goodman@bernlieb.com
*Attorney for Cleveland County Board of County Commissioners*

Mark E Hardin
Pierce Couch Hendrickson Baysinger & Green-TULSA
601 S Boulder
Suite 1100
Tulsa, OK 74119
918-583-8100
918-583-8107 (fax)
mhardin@piercecouch.com
*Attorney for Bank of America National Association,
Suntrust Mortgage Inc., Wells Fargo Bank NA*

Robert B Houston
Ward & Glass LLP
1821 E Imhoff Rd
Suite 102
Norman, OK 73071
405-360-9700
405-360-7902 (fax)
ben@wardglasslaw.com
*Attorney for Cleveland County Board of County Commissioners*

Marcus N Ratcliff
Latham Wagner Steele & Lehman PC
10441 S Regal Blvd
Suite 200
Tulsa, OK 74133
918-970-2000
918-970-2002 (fax)
mratcliff@lswsl.com
*Attorney for SpiritBank*

Brynna Schelbar
Latham Wagner Steele & Lehman PC
10441 S Regal Blvd
Suite 200
Tulsa, OK 74133
918-970-2000
918-970-2002 (fax)
bschelbar@lswsl.com
*Attorney for SpiritBank*

Eric R Schelin
124 E 4th St
Tulsa, OK 74103
918-583-9922
918-583-8251 (fax)
eschelin@fdlaw.com
*Attorney for Bank of Oklahoma NA*

Brandy L Shores
Latham Wagner Steele & Lehman PC
10441 S Regal Blvd
Suite 200
Tulsa, OK 74133
918-970-2000
918-970-2002 (fax)
bshores@lswsl.com
*Attorney for SpiritBank*

Christian Siebott
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016
212-779-1414
212-779-3218 (fax)
siebott@bernlieb.com
*Attorney for Cleveland County Board of County Commissioners*

Kenneth E Wagner
Latham Stall Wagner & Steele & Lehman
1437 S Boulder Ave
Suite 820
Tulsa, OK 74119
918-382-7523
kwagner@lswsl.com
*Attorney for SpiritBank*

Stanley M Ward
Ward & Glass LLP
1821 E Imhoff Rd
Suite 102
Norman, OK 73071
405-360-9700
405-360-7902 (fax)
carol@wardglasslaw.com
*Attorney for Cleveland County Board of County Commissioners*