# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS ) <br> OF THE COUNTY OF CLEVELAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MERSCORP, INC., *et al.*, ) <br> ) <br> Defendants. ) | Case No. CIV-12-00569-F |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE
## A CORRECTED BRIEF IN SUPPORT OF ITS MOTION TO REMAND

Plaintiff, Cleveland County, in the name of the Board of County Commissioners of the County of Cleveland, respectfully moves this Court for leave to file a corrected brief in support of its motion to remand this action to state court, pursuant to 28 U.S.C. § 1447.  In accordance with the parties' Stipulated Scheduling Order that was granted by this Court on June 4, 2012 (ECF No. 14), Plaintiff timely filed its motion to remand and brief in support on June 20, 2012 (ECF No. 32).

### RELIEF REQUESTED

Plaintiff respectfully moves this Court for permission to file the attached corrected brief in support of its motion to remand in order to correct typographical and formatting errors arising from a clerical issue, with such corrections reflected in the table of contents, table of authorities, and corresponding citations, and with such minor edits

reflected in corresponding portions of the motion to remand and supporting declaration. As stated above, all corrections are intended only as minor edits to typographical and formatting errors in Plaintiff's timely remand filings without any alteration to the substance or purpose.  Defense counsel do not oppose this motion.

Dated:   June 26, 2012              Respectfully submitted,
         New York, New York

                                    s/ Christian Siebott_____
                                    Stanley D. Bernstein  (admitted *pro hac vice*)
                                    Christian Siebott     (admitted *pro hac vice*)
                                    Sara P. Goodman       (admitted *pro hac vice*)
                                    BERNSTEIN LIEBHARD LLP
                                    10 East 40th Street
                                    New York, NY 10016
                                    Telephone: (212) 779-1414
                                    Fax: (212) 779-3218
                                    sbernstein@bernlieb.com
                                    csiebott@bernlieb.com
                                    sgoodman@bernlieb.com

                                    and

                                    Stanley M. Ward, OBA # 9351
                                    R. Ben Houston, OBA #14751
                                    WARD & GLASS, LLP
                                    1821 East Imhoff Road, Suite 102
                                    Norman, Oklahoma 73071
                                    Telephone: (405) 360-9700
                                    Fax: (405) 360-7902
                                    ben@wardglasslaw.com

                                    *Attorneys for Plaintiff Cleveland County,*
                                    *in the name of Board of County Commissioners*
                                    *of the County of Cleveland*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2012, I electronically transmitted Plaintiff's Motion for Leave to File a Corrected Brief in Support of its Motion to Remand with the Clerk of Court using the CM/ECF System for filing, which will then transmit a notification of such filing to counsel of record.

s/ *Christian Siebott*
CHRISTIAN SIEBOTT
