**CERTIFICATE OF SERVICE**

    I hereby certify that on June 26, 2012, I electronically transmitted Plaintiff's Motion to Remand and Corrected Brief in Support with the Clerk of Court using the CM/ECF System for filing, which will then transmit a notification of such filing to counsel of record.

                                          s/ *Christian Siebott*
                                          CHRISTIAN SIEBOTT