# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEVELAND,<br><br>Plaintiff,<br><br>vs.<br><br>MERSCORP, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Case No. CIV-12-00569-F<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CHRISTIAN SIEBOTT IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND AND CORRECTED BRIEF IN SUPPORT

I, Christian Siebott, hereby declare the following under the penalty of perjury of the laws of the United States of America:

1. I am a partner at Bernstein Liebhard LLP, counsel for Plaintiff Cleveland County, in the name of the Board of County Commissioners of the County of Cleveland in the above-captioned civil action, and I am admitted to this Court *pro hac vice*.

2. I respectfully submit this declaration in support of Plaintiff's Motion to Remand and Corrected Brief in Support.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the executed Summons to CitiMortgage, Inc. and the accompanying Affidavit of Corporate/Partnership Service by United Legal Services, dated April 20, 2012.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the executed Summons to CitiMortgage, Inc. successor-by-merger-to ("s/b/m/t") Principal Residential Mortgage, Inc. and the accompanying Affidavit of Corporate/Partnership Service by United Legal Services, dated April 20, 2012.

Dated:  June 26, 2012                           s/ Christian Siebott_____
        New York, New York                    CHRISTIAN SIEBOTT

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2012, I electronically transmitted the foregoing Declaration of Christian Siebott in Support of Plaintiff's Motion to Remand and Corrected Brief in Support with the Clerk of Court using the CM/ECF System for filing, which will then transmit a notification of such filing to counsel of record.

s/ *Christian Siebott*
CHRISTIAN SIEBOTT