# EXHIBIT 1

IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEVELAND, *on behalf of Cleveland County and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MERSCORP, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., SPIRITBANK, BANK OF OKLAHOMA N.A., BANK OF AMERICA, NATIONAL ASSOCIATION, CITIMORTGAGE, INC., GMAC RESIDENTIAL FUNDING CORPORATION, PRINCIPAL RESIDENTIAL MORTGAGE, INC., SUNTRUST MORTGAGE, INC., WELLS FARGO BANK, N.A., U.S. BANK NATIONAL ASSOCIATION, and DOE CORPORATIONS I-MMM,<br><br>Defendants. | Case No. <u>CJ-2011-1727</u> |

## SUMMONS

To The Above-Named Defendant:   CitiMortgage, Inc.
c/o Corporation Service Company
735 1st National Building
Oklahoma City, OK 73101

You have been sued by the above-named Plaintiffs, and you are directed to file a written answer to the attached Petition in this Court at the above address within twenty (20) days after service of this Summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 1⁄0 day of April 2012.

59110_v1

RHONDA HALL, DISTRICT COURT CLERK

By: *Lisa Jorns*
Deputy Court Clerk

(SEAL)

Attorneys for Plaintiffs:

| | |
|---|---|
| Stanley M. Ward, OBA # 9351 | Stanley D. Bernstein |
| R. Ben Houston, OBA #14751 | Christian Siebott |
| WARD & GLASS, LLP | Sara P. Goodman |
| 1821 East Imhoff Road | Bernstein Liebhard LLP |
| Norman, Oklahoma 73071 | 10 East 40th Street |
| (405) 360-9700 | New York, NY 10016 |
| (405) 360-7902 (fax) | (212) 779-1414 |

This Summons is being mailed/served on _____

(date of mailing/serving)

_____
Signature of Person Mailing/Serving Summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

59110_v1

# UNITED LEGAL SERVICES

217 N. Harvey, Suite 102  
Oklahoma City  OK 73102

Office # : (405) 232-8432  
Fax Line: (405) 232-8442  
Toll Free: (888) 232-8432

## AFFIDAVIT OF CORPORATE/PARTNERSHIP SERVICE

Board of County Commissioners of Cleveland County

VS

Merscorp, Inc., et aal.

**Date Received** 20-Apr-12

**Case #:** CJ 2011-1727

**Court Date**

**Court** Cleveland County

Under Penalty of Perjury Affiant Certifies the Following:

**DOCUMENTS SERVED:**

SUMMONS AND COMPLAINT

CitiMortgage, Inc. served by serving Gary Parrish, the Service Agent of said entity on the date of 4/20/2012 at the address of 115 SW 89th Street, Oklahoma City within Oklahoma County at the time of 1:10:00 PM.

Affiant further States:

_Larry Lancaster_

**AFFIANT / Lancaster, Larry / PSS 2011-30**

SWORN AND SUBSCRIBED TO BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY

On  Friday, April 20, 2012

_Susan A. Longi_  
Notary Public



# EXHIBIT 2

IN THE DISTRICT COURT OF CLEVELAND COUNTY
STATE OF OKLAHOMA

BOARD OF COUNTY COMMISSIONERS OF )
THE COUNTY OF CLEVELAND, *on behalf of* )
*Cleveland County and all others similarly situated*, )
)
Plaintiff, )
)
v. )
) Case No. <u>CJ-2011-1727</u>
MERSCORP, INC., MORTGAGE ELECTRONIC )
REGISTRATION SYSTEM, INC., SPIRITBANK, )
BANK OF OKLAHOMA N.A., BANK OF )
AMERICA, NATIONAL ASSOCIATION, )
CITIMORTGAGE, INC., GMAC RESIDENTIAL )
FUNDING CORPORATION, PRINCIPAL )
RESIDENTIAL MORTGAGE, INC., SUNTRUST )
MORTGAGE, INC., WELLS FARGO BANK, )
N.A., U.S. BANK NATIONAL ASSOCIATION, )
and DOE CORPORATIONS I-MMM, )
)
Defendants. )
)

## **SUMMONS**

To The Above-Named Defendant:   CitiMortgage, Inc., S/bm/t Principal
Residential Mortgage, Inc.
c/o Corporation Service Company
735 1st National Building
Oklahoma City, OK 73101

You have been sued by the above-named Plaintiffs, and you are directed to file a written answer to the attached Petition in this Court at the above address within twenty (20) days after service of this Summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiffs.

Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this 20 day of April 2012.

59112_v1



RHONDA HALL, DISTRICT COURT CLERK
By: S/ Debbie Stevenson
Deputy Court Clerk

(SEAL)

Attorneys for Plaintiffs:

Stanley M. Ward, OBA # 9351  
R. Ben Houston, OBA #14751  
WARD & GLASS, LLP  
1821 East Imhoff Road  
Norman, Oklahoma 73071  
(405) 360-9700  
(405) 360-7902 (fax)

Stanley D. Bernstein  
Christian Siebott  
Sara P. Goodman  
Bernstein Liebhard LLP  
10 East 40th Street  
New York, NY 10016  
(212) 779-1414

This Summons is being mailed/served on _____
(date of mailing/serving)

_____
Signature of Person Mailing/Serving Summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

59112_v1

# UNITED LEGAL SERVICES

217 N. Harvey, Suite 102  
Oklahoma City OK 73102

Office # : (405) 232-8432  
Fax Line: (405) 232-8442  
Toll Free: (888) 232-8432

## AFFIDAVIT OF CORPORATE/PARTNERSHIP SERVICE

Board of County Commissioners of Cleveland County

VS

Merscorp, Inc., et aal.

Date Received 20-Apr-12

Case #: CJ 2011-1727

Court Date

Court Cleveland County

Under Penalty of Perjury Affiant Certifies the Following:

**DOCUMENTS SERVED:**

SUMMONS AND COMPLAINT

CitiMortgage, Inc.,S/bm/t Principal Residential Mortgage, Inc. served by serving Gary Parrish, the Service Agent of said entity on the date of 4/20/2012 at the address of 115 SW 89th Street, Oklahoma City within Oklahoma County at the time of 1:10:00 PM.

Affiant further States:

AFFIANT / Lancaster, Larry / PSS 2011-30

SWORN AND SUBSCRIBED TO BEFORE ME, A NOTARY PUBLIC IN AND FOR THE STATE OF OKLAHOMA, OKLAHOMA COUNTY

On Friday, April 20, 2012

Notary Public

