**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS ) | |
| OF THE COUNTY OF CLEVELAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CIV-12-569-F |
| vs. ) | |
| ) | |
| MERSCORP, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**A CORRECTED BRIEF IN SUPPORT OF ITS MOTION TO REMAND**

Upon Plaintiff's Motion for Leave to File a Corrected Brief in Support of its Motion to Remand, filed on June 26, 2012, requesting that the Court grant Plaintiff leave to file an attached corrected brief in support of its timely motion to remand, "in order to correct typographical and formatting errors arising from a clerical issue, with such corrections reflected in the table of contents, table of authorities, and corresponding citations, and with such minor edits reflected in corresponding portions of the motion to remand and supporting declaration" (Doc. No. 35), the Court finds that the Motion should be granted.[1]

---

[1] Plaintiff's Motion to Remand and Brief in Support was timely filed on June 20, 2012 (Doc. No. 32), in accordance with the Court's Order Regarding Stipulation Regarding Extension of Time to File Response to Complaint and Briefing Schedule for Plaintiff's Remand Motion (Doc. No. 14).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File a Corrected Brief in Support of its Motion to Remand, together with all attachments, is hereby **GRANTED**.

Dated this 28th day of June, 2012.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0569p006.PO.wpd