# EXHIBIT A

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CLEVELAND, *on behalf of* Cleveland County and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>MERSCORP, INC., et al.,<br><br>        Defendants. | No. 5:12-cv-569-F<br><br>Hon. Stephen P. Friot |

### AFFIDAVIT OF THOMAS V. PANOFF

STATE OF ILLINOIS    )
                            ) SS:
COUNTY OF COOK    )

I, Thomas V. Panoff, being first duly cautioned and sworn, state as follows:

1. I am over 18 years of age, of sound mind, and otherwise physically and mentally competent if called upon to testify to the facts contained in this Affidavit.

2. I am a partner in the Chicago office of Mayer Brown LLP, 71 South Wacker Drive, Chicago, Illinois, 60606, (312) 701-8821, (312) 706-8297-fax, tpanoff@mayerbrown.com.

3. I am an attorney representing defendants CitiMortgage, Inc. ("CitiMortgage") and Principal Residential Mortgage, Inc. n/k/a CitiMortgage, Inc. ("PRMI") in this matter.

## THE SUMMONS PURPORTEDLY DELIVERED TO CITIMORTAGE WAS NOT DELIVERED TO ITS REGISTERED AGENT

4. Plaintiff, in Ex. 1 to its Motion to Remand [#32-2], states that the summons and complaint directed to CitiMortgage were received by Mr. Garry Parrish at 115 SW 89th Street, Oklahoma City, Oklahoma, on April 20, 2012, purportedly as "Service Agent" for CitiMortgage.

5. However, CitiMortgage's registered agent for service in Oklahoma is CT Corporation, located at The Corporation Company, 1833 South Morgan Road, Oklahoma City, Oklahoma 73128. The Oklahoma Secretary of State's website confirms that this has been CitiMortgage's resident agent for service in Oklahoma since at least March 23, 2005. *See* Ex. 1 attached hereto.

6. Accordingly, the address on the Affidavit of Corporate/Partnership Service for CitiMortgage in plaintiff's Motion to Remand [#32-2] is not that of CitiMortgage's registered agent for service in Oklahoma.

## THE SUMMONS PURPORTEDLY DELIVERED TO PRMI WAS DELIVERED TO AN "EXPIRED" AND "MERGED" ENTITY

7. As plaintiff alleges in its Complaint (¶ 21), PRMI merged into CitiMortgage in 2005. The Oklahoma Secretary of State website confirms that PRMI's status is "expired" and "merged." *See* Ex. 2 and 3 attached hereto.

8. The address to which plaintiff directed the summons for PRMI— 735 1st National Building, Oklahoma City, Oklahoma 73101 (*see* Ex. 2 to Plaintiff's Motion to Remand, #32-2)—is the same address listed as the registered agent for the "expired" and "merged" PRMI on the Oklahoma Secretary of State website. *See* Ex. 2 attached hereto. Nevertheless, the summons was purportedly received by Mr. Gary Parrish at a different address—115 SW 89th Street, Oklahoma City, Oklahoma (*see* Ex. 2 to Plaintiff's Motion to Remand, #32-2) )—which as

indicated in ¶ 4 above, is the same incorrect address where the CitiMortgage summons was purportedly received.

    9.    Wherever the PRMI summons was purportedly sent, the summons was served on an expired and merged entity.

### CITIMORTAGE HAS YET TO BE PROPERLY SERVED BUT NONETHELESS CONSENTED TO REMOVAL PRIOR TO REMOVAL AND STILL CONSENTS TO REMOVAL

    10.    As of the date of this Affidavit, CitiMortgage has yet to be properly served in this matter.

    11.    Nevertheless, prior to the filing of the Notice of Removal [#1] on May 18, 2012, I informed counsel for defendant U.S. Bank N.A., P. Russell Perdew, as well as counsel for other Removing Defendants, that CitiMortgage consented to removal of this action, but because CitiMortgage had not yet been served and PRMI had merged into CitiMortgage in 2005, it would prefer that the Notice of Removal instead state that consent from CitiMortgage and PRMI was unnecessary.

    12.    Without waiving any rights to proper service or jurisdiction, CitiMortgage (and the merged-PRMI) still consent to the removal of this matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Thomas V. Panoff

Subscribed and sworn before me, a Notary Public in and for the State of Illinois, this 27th day of June, 2012.

_____
Notary Public

OFFICIAL SEAL
DIANE FLAMMINI
Notary Public - State of Illinois
My Commission Expires Jun 06, 2015

3

# EXHIBIT 1

Business Services (/business/default.aspx) | Notary (/notary/default.aspx) | Executive Legislative (/gov/default.aspx) | Agricultural Liens (/cfs/default.aspx) | Open Meetings (/meetings/legacy/default.aspx) | Administrative Rules (/oar/default.aspx) | Charitable Organizations (/charity/Default.aspx)

Home (//S(hfi1b155qdirny45spxepd45))/default.aspx) : Business Services (//S(hfi1b155qdirny45spxepd4 /business/Default.aspx) : Corporations (//S(hfi1b155qdirny45spxepd45))/corp/Default.aspx) : Corp Informati

## Entity Summary Information

Select the printer link to print this page, or use the buttons below to file or place an order.



Print Page (javascript: doPostBack('ctl00$DefaultContent$lnkPrint','"))

**CITIMORTGAGE, INC.**

### Details

| | |
|---|---|
| Filing Number: | 2312066641 |
| Name Type: | Legal Name |
| Status: | In Existence |
| Corp type: | Foreign For Profit Business Corporation |
| Jurisdiction: | NEW YORK, USA |
| Formation Date: | 23 Mar 2005 |

### Registered Agent Information

| | |
|---|---|
| Name: | THE CORPORATION COMPANY |
| Effective: | 23 Mar 2005 |
| Address: | 1833 S MORGAN RD |
| City, State, ZipCode: | OKLAHOMA CITY   OK   73128 |

[View Entity Detail] [File a Document] [Order Documents] [New Search]

# EXHIBIT 2

Business Services (/business/default.aspx)   Notary (/notary/default.aspx)   Executive Legislative (/gov/default.aspx)   Agricultural Liens (/cfs/default.aspx)   Open Meetings (/meetings/legacy/default.aspx)   Administrative Rules (/oar/default.aspx)   Charitable Organizations (/charity/Default.aspx)

Home (//(S(hfi1b155qdirny45spxepd45))/default.aspx) : Business Services (//(S(hfi1b155qdirny45spxepd4 /business/Default.aspx) : Corporations (//(S(hfi1b155qdirny45spxepd45))/corp/Default.aspx) : Corp Informati

## Entity Summary Information

Select the printer link to print this page, or use the buttons below to file or place an order.



Print Page (javascript: doPostBack('ctl00$DefaultContent$lnkPrint',''))

**PRINCIPAL RESIDENTIAL MORTGAGE, INC.**

### Details

| | |
|---|---|
| Filing Number: | 2300515171 |
| Name Type: | Legal Name |
| Status: | Merged |
| Corp type: | Foreign For Profit Business Corporation |
| Jurisdiction: | IOWA |
| Formation Date: | 21 Aug 1992 |

### Registered Agent Information

| | |
|---|---|
| Name: | THE CORPORATION COMPANY |
| Effective: | N/A |
| Address: | 735 FIRST NATL BLDG |
| City, State, ZipCode: | OKC  OK  73102 |

[View Entity Detail]  [File a Document]  [Order Documents]  [New Search]

# EXHIBIT 3

Business Services (/business/default.aspx) | Notary (/notary/default.aspx) | Executive Legislative (/gov/default.aspx) | Agricultural Liens (/cfs/default.aspx) | Open Meetings (/meetings/legacy/default.aspx) | Administrative Rules (/oar/default.aspx) | Charitable Organizations (/charity/Default.aspx)

Home (//(S(rxow5nrnwbjxrg45rwhhhg45))/default.aspx) : Business Services (//(S(rxow5nmwbjxrg45rwhhhg45))/business/Default.aspx) : Corpor (//(S(rxow5nmwbjxrg45rwhhhg45))/corp/Default.aspx) : Corp Search

## Search Corporation Entities

The Business Entities Search Page provides you with a preliminary search for a business with a particular name.

To view detailed information for a business, click on the hyperlinked filing number.

**Business Entities Search All**

Enter Name and Click on the 'Search' Button

| Entity Name | Principal Residential Mortgage |

Advanced Search>> (javascript: doPostBack('ctl00$DefaultContent$CorpNameSearch1$btnAdvance','.'

[Search]

Total Results: 4

| Filing Number | Name | Entity Type | Registered Agent | Name Type & Status |
|---|---|---|---|---|
| 2300515171 (corpInformation.aspx?id=2300515171) | PRINCIPAL RESIDENTIAL MORTGAGE, INC. | Foreign For Profit Business Corporation | THE CORPORATION COMPANY OKC OK | Legal Expired |
| 3512049683 (corpInformation.aspx?id=3512049683) | PRINCESS RESIDENTIAL LLC | Domestic Limited Liability Company | LEN CASON OKLAHOMA CITY OK | Legal Inactive |
| 1910139254 (corpInformation.aspx?id=1910139254) | PRINCE'S RESTAURANTS, INC. | Domestic For Profit Business Corporation | JOHN F Y STAMBAUGH TULSA OK | Legal Former |
| 2300464178 (corpInformation.aspx?id=2300464178) | PRINCIPAL RESIDENTIAL ADVISORS, INC. | Foreign For Profit Business Corporation | SECRETARY OF STATE OKC OK | Legal Former |

1