# EXHIBIT 1: TRADE NAME REPORT

12/29/2010  04:25 PM
OKLAHOMA SECRETARY OF STATE



SOS



16013030002

DOCUMENT APPROVED
State Bank Dept. 6 O.S. 1401 (D)

DEC 20 2010   DG

~~Does not have trust banking powers or authority in Oklahoma~~

Effective Date
Jan. 1, 2011

## TRADE NAME REPORT

RECEIVED
DEC 10 2010
OKLAHOMA SECRETARY

TO:   OKLAHOMA SECRETARY OF STATE
      2300 N. Lincoln Blvd., Room 101, State Capitol Building
      Oklahoma City, Oklahoma 73105-4897
      (405) 522-4560

The undersigned business entity, in order to do business in Oklahoma <u>under a name other than its legal name,</u> hereby submits the following trade name report pursuant to Title 18, Oklahoma Statutes, Section 1140:

1. The **trade name** under which the business is carried on in Oklahoma is:

   <u>Bank of Oklahoma</u>
   (The trade name **must be different** than the legal name listed in Item 4 below.)

2. Business is carried on under such trade name at the following address(es):

   <u>One Williams Center, Tulsa, OK 74103 and</u>
   <u>various other locations</u>

3. A brief description of the kind of business being transacted under such trade name:

   <u>Financial Services</u>

   RECEIVED
   DEC 29 2010
   OKLAHOMA SECRETARY
   OF STATE

4. The legal name of the "**corporation or business entity**" doing business under the trade name is:

   <u>BOKF, N.A.</u>

5. The type of "business entity" filing the trade name report is (check one of the following):

   ( ) corporation           ( ) business trust              ( ) common law trust
   ( ) limited liability company  ( ) unincorporated business  ( ) partnership
   (x) national banking association

6. The business entity was formed in the state of: <u>A national banking association</u>
   <u>organized pursuant to the federal laws of the United States.</u>

(REVERSE SIDE OF FORM **MUST** BE SIGNED AND DATED.)

Exhibit 1: Trade Name Report

COMPLETE ONLY THE ACKNOWLEGEMENT WHICH APPLIES TO THE BUSINESS ENTITY FILING THIS TRADE NAME REPORT.

**BUSINESS ENTITY ACKNOWLEDGEMENT**

I/we, being duly authorized to sign on behalf of the above named business entity, do hereby execute this report on the 14th day of December, 2010.

_____
Signature

Frederic Dorwart
Type or Print Name

Secretary
Title

**CORPORATION ACKNOWLEDGMENT**

I/we, being duly authorized to sign on behalf of the above named corporation, do hereby execute this report on the _____ day of _____, _____.

ATTEST:                                                    by its _____ President

_____
by its _____ Secretary

(SOS FORM 0021-12/01)

Exhibit 1: Trade Name Report